Case 1:20-cr-00027-JPJ-PMS   Document 6-1   Filed 07/24/20   Page 1 of 4   Pageid#: 30

*Attachment 3 (Addendum 1) to Resolution Agreement*
*United States v. Indivior Inc. and Indivior plc*                                                     *Certifications of Indivior Solutions, Inc.*

## INDIVIOR SOLUTIONS, INC.
## OFFICER'S CERTIFICATE

The undersigned, Javier Rodriguez, the Secretary and corporate representative of Indivior Solutions, Inc., ("Indivior Solutions") a Delaware corporation and wholly owned indirect subsidiary of Indivior PLC, DOES HEREBY CERTIFY that attached hereto as Exhibit A is a true, correct and complete copy of the resolutions approved by the Board of Directors of Indivior Solutions, dated July 23, 2020 authorizing Javier Rodriguez to execute and deliver on behalf of Indivior Solutions the Waiver of Indictment and Plea Agreement, and the Agreed Order of Forfeiture, between the United States of America and Indivior Solutions Inc., to resolve the matter of *United States v. Indivior*, 1:19-Cr-016 (JPJ) (W.D. Va.) and certain civil and regulatory matters described in the Resolution Agreement, which resolution has not been amended or rescinded as of the date hereof.

July 24, 2020

Javier Rodriguez
Secretary

*Attachment 3 (Addendum 1) to Resolution Agreement*
*United States v. Indivior Inc. and Indivior plc*                                        *Certifications of Indivior Solutions, Inc.*

# Exhibit A

*Addedum 1 to Plea Agreement*
*United States v. Indivior Solutions, Inc.*

Case 1:20-cr-00027-JPJ-PMS   Document 6-1   Filed 07/24/20   Page 3 of 4   Pageid#: 32

*Attachment 3 (Addendum 1) to Resolution Agreement*
*United States v. Indivior Inc. and Indivior plc*                    *Certifications of Indivior Solutions, Inc.*

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS OF INDIVIOR SOLUTIONS, INC.

WHEREAS, Indivior Solutions, Inc. ("Indivior Solutions"), is a Delaware corporation and wholly owned subsidiary of Indivior Inc., a Delaware corporation, and a wholly owned indirect subsidiary of Indivior PLC, a company registered in England and Wales.

WHEREAS, Indivior Inc., and Indivior PLC were charged with offenses in an indictment and superseding indictment in the Western District of Virginia captioned *United States v. Indivior Inc. and Indivior PLC*, 1:19-Cr-016 (JPJ) (the "Charged Case").

WHEREAS, the Charged Case is being prosecuted by the United States Attorney's Office for the Western District of Virginia ("USAO-WDVA") and the United States Department of Justice's Consumer Protection Branch ("CPB").

WHEREAS, the USAO-WDVA and CPB have agreed to resolve the Charged Case on the terms set forth in the Resolution Agreement, and the documents referenced therein, which includes dismissal of the Charged Case and a Plea Agreement between USAO-WDVA, CPB and Indivior Solutions that would require Indivior Solutions to plead guilty to one count of making false statements relating to health care matters, in violation of Title 18, United States Code, Section 1035.

WHEREAS, the Indivior PLC and Indivior Inc. Board of Directors has decided on unanimous consent to resolve the Charged Case pursuant to the Resolution Agreement.

WHEREAS, Indivior PLC and Indivior Inc., have been in discussions with certain parties and governmental authorities to resolve certain civil and regulatory matters arising from the marketing, sale, promotion and distribution of Suboxone Film in the United States.

WHEREAS, the Board of Directors has unanimously agreed to resolve these certain civil and regulatory matters as set forth in the Resolution Agreement and the documents referenced therein.

IT IS HEREBY RESOLVED, that the waiver of indictment ("Waiver of Indictment") by Indivior Solutions, in the form presented to the Board of Directors at the meeting on July 23, 2020 is approved; and further

RESOLVED, that the Plea Agreement between the USAO-WDVA, CPB and Indivior Solutions (the "Plea Agreement") in the form presented to the Board of Directors at the meeting on July 23, 2020 is approved; and further

RESOLVED, that the Stipulation for Compromise Settlement between the United States of America and Indivior Solutions (the "Stipulation for Compromise Settlement") in the form presented to the Board of Directors is approved; and further

Case 1:20-cr-00027-JPJ-PMS   Document 6-1   Filed 07/24/20   Page 4 of 4   Pageid#: 33
*Attachment 3 (Addendum 1) to Resolution Agreement*
*United States v. Indivior Inc. and Indivior plc*                                    *Certifications of Indivior Solutions, Inc.*

RESOLVED, that the Agreed Order of Forfeiture between the United States of America and Indivior Solutions (the "Agreed Order of Forfeiture") in the form presented to the Board of Directors is approved; and further

RESOLVED, that Javier Rodriguez as the Secretary and corporate representative of Indivior Solutions, is hereby authorized and directed to execute and deliver in the name and on behalf of Indivior Solutions the Waiver of Indictment, Plea Agreement, the Stipulation for Compromise Settlement, and the Agreed Order of Forfeiture (hereinafter collectively referred to as the "Settlement Documents"), each in the form or substantially in the form presented to the Indivior Solutions Board of Directors, with such changes, additions and modifications thereto as he shall approve, such approval to be conclusively evidenced by his execution and delivery thereof; and further

RESOLVED, that Javier Rodriguez as the Secretary and corporate representative of Indivior Solutions, is hereby authorized and directed to make, execute and deliver, or cause to be made, executed and delivered, all such agreements, documents, instruments and other papers, and to do or cause to be done on behalf of Indivior Solutions, all such acts, as he may deem necessary or appropriate to carry out the purposes and intent of the foregoing resolutions, including, but not limited to, appearing on behalf of Indivior Solutions in the United States District Court for the Western District of Virginia, Abingdon Division, in order to make any statement or statements on behalf of Indivior Solutions he deems appropriate in connection with the waiver of indictment and guilty plea of Indivior Solutions in accordance with the Settlement Documents.

IN WITNESS WHEREOF, the undersigned Directors have duly executed this Unanimous Written Consent as of this 23rd day of July 2020

................................................
Javier Rodriguez

................................................
Richard Simkin

................................................    7/23/2020
Ryan Preblick