*Attachment 3 (Exhibit C) to Resolution Agreement*
*United States v. Indivior Inc. and Indivior plc*

Order of Forfeiture

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. |
| v. ) | |
| ) | |
| INDIVIOR SOLUTIONS, INC. ) | |
| ) | |
| Defendant ) | |

## AGREED MONEY JUDGMENT ORDER OF FORFEITURE

**IT IS HEREBY ORDERED THAT:**

    **A.** Based upon the evidence of record and pursuant to Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure, the Court finds a money judgment in the amount of $_____ shall be entered against defendants in that such sum represents in aggregate the amount of the proceeds of the offense of conviction, whether obtained directly or indirectly as a result of said violations or is traceable to such property. Proceeds of said offenses are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(7) and 28 U.S.C.§ 2461(c).

    **B.** No notice is required to the extent that this Order consists solely of a money judgment against the defendant. Rule 32.2(c)(1).

    **C.** Pursuant to Fed. R. Crim. P. 32.2(b)(3), the United States is authorized to conduct discovery in accordance with the Federal Rules of Civil Procedure to the extent necessary to identify and locate property subject to forfeiture as substitute assets to satisfy the money judgment.

    **D.** The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

    **E.** Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Order of Forfeiture shall become final as to the defendant upon entry, and shall be made a part of the sentence and included in the judgment.

    **F.** The Clerk of this Court shall certify copies of this Order to counsel of record.

Attachment 3 (Exhibit C) to Resolution Agreement
United States v. Indivior Inc. and Indivior plc

<u>Order of Forfeiture</u>

ENTERED THIS _____ DAY OF _____, 2020.

_____
UNITED STATES DISTRICT JUDGE

<u>Seen and Agreed to:</u>

**Indivior Solutions, Inc.**

BY: _____        DATE 7/24/20
Javier Rodriguez
Authorized Corporate Representative
for Indivior Solutions, Inc.

_____        DATE 7/24/20
James R. Wooley
Counsel for Indivior Solutions, Inc.

_____        DATE 7/24/20
Thomas W. Beimers
Counsel for Indivior Solutions, Inc.

The United States Attorney's Office for the Western District of Virginia:

BY: _____        DATE July 24, 2020
Randy Ramseyer
Assistant United States Attorney