# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **ORDER** |
| v. | ) | **Case No. 1:20-cr-00027** |
| | ) | |
| **INDIVIOR SOLUTIONS, INC.,** | ) | |
|    Defendant, | ) | |

This matter is before the undersigned on the Objection To Sealing, Motion To Intervene, And Motion To Unseal Of City of Birmingham Retirement And Relief System, City Of Pontiac General Employees' Retirement System, And City Of Sterling Heights Police & Fire Retirement System, (Docket Item No. 48) ("Motion"). Based on the arguments and representations contained in the Motion, the Motion is **GRANTED** only insofar as the City of Birmingham Retirement And Relief System, City Of Pontiac General Employees' Retirement System, And City Of Sterling Heights Police & Fire Retirement System, ("Intervenors"), are allowed to intervene in this matter to contest the maintenance under seal of certain documents in this matter. Otherwise, the Motion is **TAKEN UNDER ADVISEMENT** and it is **ORDERED** as follows:

1. The Government and the defendant shall respond to the Motion within 14 days of the date of entry of this Order;

2. The Intervenors shall file any reply within 21 days of the date entry of this Order; and

3.   If any party desires to be heard on the Motion, the party shall contact the Clerk's Office within 21 days of the date of entry of this Order to schedule the Motion for hearing.

**ENTERED:**   January 28, 2021.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE