# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **ORDER** |
| v. | ) | Case No. 1:20-cr-00027 |
| | ) | |
| **INVIDIOR SOLUTIONS, INC.,** | ) | |
|     **Defendant,** | ) | |

This matter is before the undersigned on the Objection To Sealing, Motion To Intervene, And Motion To Unseal Of City of Birmingham Retirement And Relief System, City of Pontiac General Employees' Retirement System, And City Of Sterling Heights Police & Fire Retirement System, (together, "Intervenors"), (Docket Item No. 48) ("Motion"). Based on the arguments and representations contained in the Motion, the undersigned previously granted the Motion insofar as to allow the Intervenors to intervene in this matter to contest the maintenance under seal of certain documents in this matter, but, otherwise, took the Motion under advisement and ordered the Government and the defendant to respond to the Motion, (Docket Item No. 49). Upon consideration of the Motion, the Government's response, (Docket Item No. 50), the Defendant's Response, (Docket Item No. 51), and the Intervenor's Reply, (Docket Item No. 52), it is **ORDERED** as follows:

1. The Intervenors' Motion is **GRANTED** in part, as specified herein;
2. The sentencing memoranda and attachments thereto filed under seal by the defendant, (Docket Item No. 28), and by the Government, (Docket Item No. 21), shall be **UNSEALED**, with the exception that Exhibit 3 to the Government's sentencing memorandum, (Docket Item No. 21-3), shall remain sealed;

3. Within seven days of the date of entry of this Order, the Government shall file on the public docket a version of Exhibit 3 to the Government's sentencing memorandum, (Docket Item No. 21-3), which has been **REDACTED** to delete the identifying information for three uncharged individuals and to use instead suitable nongeneric descriptors (such as the person's initials); and

4. The redactions specified in paragraph 3 notwithstanding, Intervenors shall have the right to apply to the court for further relief for good cause should they show a need for the redacted information.

**ENTERED:** February 23, 2021.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE